```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

AUG 09 2013

     AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MJ13-398 |
| Plaintiff, ) | |
| ) | NOTICE OF ASSIGNMENT OF |
| vs. ) | FEDERAL PUBLIC DEFENDER |
| ) | |
| STEVEN SADLER, ) | |
| ) | |
| Defendant ) | |

NOTICE IS HEREBY GIVEN by the office of the Federal Public Defender that Mike Filipovic is the Assistant Federal Public Defender assigned to the above-captioned case.

DATED this 8th day of August, 2013.

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100